B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Superior Kitchen & Bath, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3750384** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9 W Main St<br>Freeport, IL**<br>ZIP Code **61032** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Stephenson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1263 W Stover St<br>Freeport, IL**<br>ZIP Code **61032** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) | | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Superior Kitchen & Bath, Inc** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Joel R & Kimberly A Ruthe** | Case Number: | Date Filed: |
| District:<br>**ND IL WD** | Relationship:<br>**Owners** | Judge:<br>**Barbosa** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____

      (Name of landlord that obtained judgment)

      _____

      (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): **Superior Kitchen & Bath, Inc** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201
Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 227-5532**
Telephone Number

**January 14, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joel R Ruthe**
Signature of Authorized Individual

**Joel R Ruthe**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 14, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Superior Kitchen & Bath, Inc**  _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 69,139.57 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 151,106.90 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 15,526.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 277,076.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 69,139.57 | | |
| Total Liabilities | | | | 443,710.41 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Superior Kitchen & Bath, Inc** _____ ,   Case No. _____
   Debtor

   Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Superior Kitchen & Bath, Inc** _____,   Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Superior Kitchen & Bath, Inc**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank - checking** | **-** | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Pekin Insurance - term insurance on life of Joel R Ruthe** | **-** | **1.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **1.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __**Superior Kitchen & Bath, Inc**_____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Approximate)** | - | 46,551.76 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Credit Balance at Sherwin Williams** | - | 27.81 |
| | | **Check from Collection Systems of Feeport on a collection account** | - | 84.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    46,663.57
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Superior Kitchen & Bath, Inc**                                          ,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 GMC 2500 HD Crew Cab** | - | 20,000.00 |
| | | **2004 Doolittle 16' tandem axle enclosed utility trailer** | - | 1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Normal compliment of office equipment** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc office supplies** | - | 100.00 |
| | | **Misc molding packages** | - | 25.00 |
| | | **Table saw** | - | 50.00 |
| | | **Display kitchens and baths** | - | Unknown |
| 30. Inventory. | | **Misc inventory consisting of tapes, paint, varnish, stains, glues, wood screws, etc** | - | 100.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >   22,475.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Superior Kitchen & Bath, Inc**                                          ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **69,139.57** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Superior Kitchen & Bath, Inc** _____ ,  Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>GermanAmerican State Bank<br>100 Church Street<br>German Valley, IL 61039 | X | - | **2005**<br><br>**Assignment**<br><br>**Pekin Insurance - term insurance on life of Joel R Ruthe**<br><br>Value $  **1.00** | | | | 50,000.00 | 50,000.00 |
| Account No. **Various**<br><br>US Bank<br>50 W. Douglas St<br>Freeport, IL 61032 | X | - | **Various**<br><br>**Assignment**<br><br>**Pekin Insurance - term insurance on life of Joel R Ruthe**<br><br>Value $  **1.00** | | | | 79,233.14 | 79,232.14 |
| Account No. **xxxx-xxxx-xx3-494**<br><br>US Bank<br>50 W. Douglas St<br>Freeport, IL 61032 | X | - | **2004**<br><br>**Purchase Money Security**<br><br>**2004 GMC 2500 HD Crew Cab**<br><br>Value $  **20,000.00** | | | | 21,873.76 | 1,873.76 |
| Account No.<br><br><br><br><br><br>Value $ | | | | | | | | |

___**0**___  continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 151,106.90 | 131,105.90 |
| Total<br>(Report on Summary of Schedules) | 151,106.90 | 131,105.90 |

B6E (Official Form 6E) (12/07)

In re    **Superior Kitchen & Bath, Inc**                                           Case No. _____
                                                    ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

      **2**    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Superior Kitchen & Bath, Inc** _____,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carl M. Roderick** <br> **410 Maple** <br> **Lena, IL 61048** | X | - | Deposit | | | X | <br><br><br> 3,000.00 | 3,000.00 <br><br><br> 0.00 |
| Account No. <br><br> **Jim Butler** <br> **1210 Lawn Place** <br> **Freeport, IL 61032** | X | - | Deposit | | | X | <br><br><br> 1,300.00 | 0.00 <br><br><br> 1,300.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 3,000.00 |
| (Total of this page) | 4,300.00 | 1,300.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __**Superior Kitchen & Bath, Inc**_____ ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx422-0** | | | 3rd Quarter, 2007 | | | | | | |
| **IL Director of Employment Security Collections Section PO Box 802551 Chicago, IL 60680-2551** | X | - | **Unemployment Tax** | | | | | 0.00 | |
| | | | | | | | 11.63 | | 11.63 |
| Account No. **xxxx-2826** | | | 3rd Quarter, 2007 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | X | - | **Salex Tax** | | | | | 0.00 | |
| | | | | | | | 10,077.54 | | 10,077.54 |
| Account No. **xx-xxx0384** | | | 3rd Quarter, 2007 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | X | - | **Payroll Taxes** | | | | | 0.00 | |
| | | | | | | | 133.56 | | 133.56 |
| Account No. **xx-xxx0384** | | | 3rd Quarter, 2007 | | | | | | |
| **Internal Revenue Service Centralized Insolvency PO Box 21126 Philadelphia, PA 19114** | X | - | **Payroll Taxes** | | | | | 0.00 | |
| | | | | | | | 1,004.04 | | 1,004.04 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 11,226.77 | 11,226.77 |
| Total (Report on Summary of Schedules) | 3,000.00 | |
| | 15,526.77 | 12,526.77 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Superior Kitchen & Bath, Inc**                                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **SCV** <br><br> **ABC Supply** <br> **9203 N. Second Street** <br> **Roscoe, IL 61073** | X | - | | | Material Supplier | | | | **4.02** |
| Account No. **xx1855** <br><br> **Ace's Lube** <br> **930 W. Galena Avenue** <br> **Freeport, IL 61032** | X | - | | | Repairs | | | | **46.75** |
| Account No. **xxxx-xxxx-xxxx-1244** <br><br> **Advanta Bank Corp.** <br> **PO Box 30715** <br> **Salt Lake City, UT 84130-0715** | X | - | | | Credit Card | | | | **6,977.52** |
| Account No. **xx3582** <br><br> **Aero Group, Inc.** <br> **216 E. Stephenson Street** <br> **Freeport, IL 61032-4214** | X | - | | | Cable/Satellite/Internet | | | | **900.00** |

__11__ continuation sheets attached

Subtotal
(Total of this page)                                                    **7,928.29**

Copyright © 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:36076-080103    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Superior Kitchen & Bath, Inc**                                        ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5882** | | | Merchant Credit Card Processing | | | | |
| **Amcore Bank** **PO Box 407066** **Fort Lauderdale, FL 33340-7066** | | - | | | | | 94.75 |
| Account No. **SPKB** | | | Material Supplier | | | | |
| **Bertch Cabinet Mfg.** **PO Box 2280** **Waterloo, IA 50704** | X | - | | | | | 2,121.32 |
| Account No. **xxx0669** | | | Collection Account | | | | |
| **Caine & Weiner** **1941 Bishop Lane** **Louisville, KY 40218** | X | - | | | | | 3,993.00 |
| Account No. **xxxx-xxxx-xxxx-4433** | | | Credit Card | | | | |
| **Capital One Bank** **% TSYS Debt Management** **PO Box 5155** **Norcross, GA 30091** | X | - | | | | | 2,547.47 |
| Account No. **xxxx-xxxx-xxxx-4433** | | | Business Line of Credit | | | | |
| **Capital One Small Business** **PO Box 70886** **Charlotte, NC 28272-9903** | X | - | | | | | 2,670.66 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,427.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Superior Kitchen & Bath, Inc** _____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S051** <br><br> **Carstin Brands, Inc.** <br> **PO Box 285** <br> **Arthur, IL 61911** | X | - | Material Supplier | | | | 1,196.49 |
| Account No. **SUPIEOR KIT** <br><br> **Cascade Industries** <br> **3944 Auburn Street** <br> **Rockford, IL 61101** | X | - | Material Supplier | | | | 1,317.00 |
| Account No. **8345** <br><br> **CBK Supply, Inc.** <br> **ATTN: Alan W. Vierthaler** <br> **PO Box 1037** <br> **Janesville, WI 53547** | X | - | Material Supplier | | | | 317.00 |
| Account No. **xxxx-xxxx-xxxx-6595** <br><br> **Chase Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | X | - | Credit Card | | | | 9,522.03 |
| Account No. **xxxx-xxxx-xxxx-1296** <br><br> **CitiBusiness Platinum Select** <br> **PO Bpx 44180** <br> **Greenville, FL 32331-4180** | X | - | Credit Card | | | | 6,312.84 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,665.36

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Superior Kitchen & Bath, Inc**                                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Commonwealth Edison**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** | X | - | **Utilities** | | | | 815.30 |
| Account No.<br><br>**Computer Dynamics**<br>**451 W. South Street**<br>**Freeport, IL 61032** | X | - | **Computer Repairs** | | | | 159.44 |
| Account No. **6190**<br><br>**Connor Supply Company**<br>**PO Box 5007**<br>**Peoria, IL 61601-5007** | X | - | **Material Supplier** | | | | 1,346.60 |
| Account No. **x3459**<br><br>**Core Financial Group, Inc.**<br>**3100 Industrial Drive**<br>**Freeport, IL 61032** | X | - | **Balance of Lease** | | | | 2,700.00 |
| Account No. **996**<br><br>**Curt's Country Copiers, Inc.**<br>**PO Box 128**<br>**Mc Connell, IL 61050** | | - | **Equipment Rental** | | | | 90.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,111.34

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Superior Kitchen & Bath, Inc**_____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Design Build Group**<br>**60 N. Sunset Avenue**<br>**Freeport, IL 61032** | X | - | Subcontractor | | | | 8,000.00 |
| Account No. **x7 SC 683**<br><br>**Donald Morgan**<br>**% Attorney Mark Zaleski**<br>**10 N. Galena Avenue - Suite 220**<br>**Freeport, IL 61032** | X | - | Legal | | | | 7,450.00 |
| Account No. **xxxx-xxxx-xxxx-2875**<br><br>**Exxon Mobil**<br>**PO Box 530964**<br>**Atlanta, GA 30353-0964** | X | - | Credit Card | | | | 1,616.79 |
| Account No.<br><br>**First Data**<br>**100 Crescent Court - 7th Floor**<br>**Dallas, TX 75201** | X | - | Balance on Lease | | | | 539.10 |
| Account No.<br><br>**Frank Ward**<br>**1402 Woodside Drive**<br>**Freeport, IL 61032** | X | - | Notice Only | | | | 0.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **17,605.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Superior Kitchen & Bath, Inc** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3852** <br><br> Freeport Glass <br> PO Box 661 <br> Freeport, IL 61032-0661 | X | - | Material Supplier | | | | 13.50 |
| Account No. <br><br> Freeport Water and Sewer <br> City Hall Building <br> Freeport, IL 61032 | X | - | Utilities | | | | 106.00 |
| Account No. **xxxxxx0971** <br><br> General Casualty Insurance <br> PO Box 3109 <br> Milwaukee, WI 53201-3109 | | - | Insurance | | | | 2,719.50 |
| Account No. **Various** <br><br> Gerali Custom Design, Inc. <br> 1482 Sheldon Drive <br> Elgin, IL 60120 | X | - | Subcontractor | | | | 9,711.00 |
| Account No. **xxxx-xxxx-xxxx-0359** <br><br> German American State Bank <br> Cardmember Services <br> PO Box 6353 <br> Fargo, ND 58125-6353 | X | - | Credit Card | | | | 9,487.43 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **22,037.43**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Superior Kitchen & Bath, Inc**                                    ,        Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | X | - | | Material Supplier | | | | |
| **Homecrest Cabinetry**<br>**75 Remittance Drive - Suite 3166**<br>**Chicago, IL 60675-3166** | | | | | | | | **83,069.68** |
| Account No. **xxxxxxxx6179** | X | - | | Advertising | | | | |
| **Idearc Media Corp.**<br>**PO Box 619810**<br>**Dallas, TX 75261-9810** | | | | | | | | **501.40** |
| Account No. **x0030** | X | - | | Advertising | | | | |
| **Insight Media**<br>**3116 North Dries Lane - Suite 100**<br>**Peoria, IL 61604** | | | | | | | | **600.00** |
| Account No. **xx2000** | X | - | | Material Supplier | | | | |
| **Jaeckle Distributors**<br>**4101 Owl Creek Drive**<br>**Madison, WI 53715-4407** | | | | | | | | **1,236.65** |
| Account No. | X | - | | Notice Only | | | | |
| **James Mitchell**<br>**1571 S. Winnebago Road**<br>**Winnebago, IL 61088** | | | | | | | | **0.00** |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**85,407.73**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Superior Kitchen & Bath, Inc** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5200**<br><br>LDS&S<br>PO Box 215<br>Sussex, WI 53089 | X | - | | Material Supplier | | | | 807.33 |
| Account No.<br><br>Mastercraft Industries, Inc.<br>120 W. Allen<br>Rice Lake, WI 54868 | X | - | | Material Supplier | | | | 64,945.53 |
| Account No. **WAR-xx7581**<br><br>MEPCO Finance Corp.<br>PO Box 5978<br>Carol Stream, IL 60197-5978 | X | - | | Insurance | | | | 180.00 |
| Account No.<br><br>Moring Disposal<br>PO Box 158<br>Forreston, IL 61030 | X | - | | Rubbish Removal | | | | 302.56 |
| Account No. **xx-xx-xx-x745-3**<br><br>NiCor Gas<br>1844 W. Ferry Road<br>Naperville, IL 60563-9662 | X | - | | Utilities | | | | 637.14 |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **66,872.56**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Superior Kitchen & Bath, Inc**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **SUP x0002**<br><br>**Parkside Group**<br>**33170 Treasury Center**<br>**Chicago, IL 60694-3100** | X | - | | | Material Supplier | | | | 607.74 |
| Account No.<br><br>**Pierce Laminated Products**<br>**2530 N. Court Street**<br>**Rockford, IL 61103** | X | - | | | Material Supplier | | | | 3,994.41 |
| Account No. **xxxx-x0100**<br><br>**Plager, Krug & Bauer, Ltd.**<br>**PO Box 839**<br>**Freeport, IL 61032** | X | - | | | Legal | | | | 7,515.25 |
| Account No.<br><br>**Randy's Electric**<br>**701 Country Lane**<br>**Freeport, IL 61032** | X | - | | | Subcontractor | | | | 3,590.00 |
| Account No. **xxx5 LM 170**<br><br>**Singles**<br>**% Attorney George E. Enstrom**<br>**10 N. Chicago Avenue**<br>**Freeport, IL 61032** | X | - | | | Breach of Contract | | | | Unknown |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,707.40

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Superior Kitchen & Bath, Inc** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8102** | | | NSF Check to Design/Build Group, Inc. | | | | |
| Stephenson County Check Offender Program PO Box 292 Freeport, IL 61032-0292 | X | - | | | | | 2,978.00 |
| Account No. | | | Subcontractor | | | | |
| Steve McWhirter 1331 S. Benson Boulevard Freeport, IL 61032 | X | - | | | | | 634.11 |
| Account No. **xxxx9205** | | | Material Supplier | | | | |
| TAG-Trade Assoc. Group 1730 West Wrightwood Chicago, IL 60614-1914 | X | - | | | | | 4,028.97 |
| Account No. **829** | | | Advertising | | | | |
| The Journal Standard PO Box 330 Freeport, IL 61032-0330 | X | - | | | | | 1,323.28 |
| Account No. | | | Material Supplier | | | | |
| Triangle Counter Tops, Inc. PO Box 2417 Loves Park, IL 61132 | X | - | | | | | 3,586.72 |

Sheet no. __9___ of __11__ sheets attached to Schedule of          Subtotal          12,551.08
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Superior Kitchen & Bath, Inc**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1015**<br><br>US Bank Cardmember Services<br>PO Box 6353<br>Fargo, ND 58126-6353 | X | - | Credit Card | | | | 6,911.89 |
| Account No. **xxxxx5343**<br><br>US Directory<br>Directory Billing, LLC<br>PO Box 810625<br>Boca Raton, FL 33481-0625 | X | - | Advertising | | | | 149.85 |
| Account No.<br><br>Vendura Industries<br>1202 Fermite Drive<br>Madison, WI 53716 | X | - | Material Supplier | | | | 4,649.40 |
| Account No. **xx xxxx xxxxxxxx77 04**<br><br>Verizon North<br>PO Box 920041<br>Dallas, TX 75392-0041 | X | - | Telephone | | | | 56.31 |
| Account No. **xx7767**<br><br>Warmly Yours<br>2 Corporate Drive - Suite 100<br>Lake Zurich, IL 60047-8933 | X | - | Material Supplier | | | | 403.60 |

Sheet no. _**10**_ of _**11**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **12,171.05**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Superior Kitchen & Bath, Inc_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3227** | | | Advertising | | | | |
| **Yellow Book USA**<br>**6300 C Street SW**<br>**Cedar Rapids, IA 52404** | X | - | | | | | **1,591.41** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **1,591.41** |
| Total<br>(Report on Summary of Schedules) | | **277,076.74** |

B6G (Official Form 6G) (12/07)

.

In re    **Superior Kitchen & Bath, Inc**                                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Superior Kitchen & Bath, Inc** _____,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Frank A. Ward**<br>**1402 Woodside Drive**<br>**Freeport, IL 61032** | **Donald Morgan**<br>**% Attorney Mark Zaleski**<br>**10 N. Galena Avenue - Suite 220**<br>**Freeport, IL 61032** |
| **James H. Mitchell**<br>**1571 S. Winnebago Road**<br>**Winnebago, IL 61088** | **Donald Morgan**<br>**% Attorney Mark Zaleski**<br>**10 N. Galena Avenue - Suite 220**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **US Bank**<br>**50 W. Douglas St**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Steve McWhirter**<br>**1331 S. Benson Boulevard**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **US Bank**<br>**50 W. Douglas St**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Singles**<br>**% Attorney George E. Enstrom**<br>**10 N. Chicago Avenue**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Plager, Krug & Bauer, Ltd.**<br>**PO Box 839**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Carl M. Roderick**<br>**410 Maple**<br>**Lena, IL 61048** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Donald Morgan**<br>**% Attorney Mark Zaleski**<br>**10 N. Galena Avenue - Suite 220**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Stephenson County Check**<br>**Offender Program**<br>**PO Box 292**<br>**Freeport, IL 61032-0292** |

**9**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Superior Kitchen & Bath, Inc**                                              Case No. _____

_____,

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Verizon North**<br>**PO Box 920041**<br>**Dallas, TX 75392-0041** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Caine & Weiner**<br>**1941 Bishop Lane**<br>**Louisville, KY 40218** |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Aero Group, Inc.**<br>**216 E. Stephenson Street**<br>**Freeport, IL 61032-4214** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **NiCor Gas**<br>**1844 W. Ferry Road**<br>**Naperville, IL 60563-9662** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Yellow Book USA**<br>**6300 C Street SW**<br>**Cedar Rapids, IA 52404** |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Gerali Custom Design, Inc.**<br>**1482 Sheldon Drive**<br>**Elgin, IL 60120** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Randy's Electric**<br>**701 Country Lane**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **ABC Supply**<br>**9203 N. Second Street**<br>**Roscoe, IL 61073** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Ace's Lube**<br>**930 W. Galena Avenue**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Bertch Cabinet Mfg.**<br>**PO Box 2280**<br>**Waterloo, IA 50704** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Carstin Brands, Inc.**<br>**PO Box 285**<br>**Arthur, IL 61911** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **CBK Supply, Inc.**<br>**ATTN: Alan W. Vierthaler**<br>**PO Box 1037**<br>**Janesville, WI 53547** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Idearc Media Corp.**<br>**PO Box 619810**<br>**Dallas, TX 75261-9810** |

Sheet __1__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Superior Kitchen & Bath, Inc** _____,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Computer Dynamics**<br>**451 W. South Street**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Cascade Industries**<br>**3944 Auburn Street**<br>**Rockford, IL 61101** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Commonwealth Edison**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Connor Supply Company**<br>**PO Box 5007**<br>**Peoria, IL 61601-5007** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Core Financial Group, Inc.**<br>**3100 Industrial Drive**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Design Build Group**<br>**60 N. Sunset Avenue**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Freeport Water and Sewer**<br>**City Hall Building**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Homecrest Cabinetry**<br>**75 Remittance Drive - Suite 3166**<br>**Chicago, IL 60675-3166** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Insight Media**<br>**3116 North Dries Lane - Suite 100**<br>**Peoria, IL 61604** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Jaeckle Distributors**<br>**4101 Owl Creek Drive**<br>**Madison, WI 53715-4407** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **The Journal Standard**<br>**PO Box 330**<br>**Freeport, IL 61032-0330** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **LDS&S**<br>**PO Box 215**<br>**Sussex, WI 53089** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **MEPCO Finance Corp.**<br>**PO Box 5978**<br>**Carol Stream, IL 60197-5978** |

Sheet __**2**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Superior Kitchen & Bath, Inc**                                          Case No. _____
_____,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Moring Disposal**<br>**PO Box 158**<br>**Forreston, IL 61030** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Parksite Group**<br>**33170 Treasury Center**<br>**Chicago, IL 60694-3100** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Pierce Laminated Products**<br>**2530 N. Court Street**<br>**Rockford, IL 61103** |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Freeport Glass**<br>**PO Box 661**<br>**Freeport, IL 61032-0661** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Triangle Counter Tops, Inc.**<br>**PO Box 2417**<br>**Loves Park, IL 61132** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Vendura Industries**<br>**1202 Fermite Drive**<br>**Madison, WI 53716** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Warmly Yours**<br>**2 Corporate Drive - Suite 100**<br>**Lake Zurich, IL 60047-8933** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **TAG-Trade Assoc. Group**<br>**1730 West Wrightwood**<br>**Chicago, IL 60614-1914** |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **US Directory**<br>**Directory Billing, LLC**<br>**PO Box 810625**<br>**Boca Raton, FL 33481-0625** |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **GermanAmerican State Bank**<br>**100 Church Street**<br>**German Valley, IL 61039** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **First Data**<br>**100 Crescent Court - 7th Floor**<br>**Dallas, TX 75201** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **CitiBusiness Platinum Select**<br>**PO Bpx 44180**<br>**Greenville, FL 32331-4180** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Advanta Bank Corp.**<br>**PO Box 30715**<br>**Salt Lake City, UT 84130-0715** |

Sheet ___3___ of ___9___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Superior Kitchen & Bath, Inc**                                     ,   Case No. _____

_____
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Chase Cardmember Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Capital One Bank**<br>**% TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **US Bank Cardmember Services**<br>**PO Box 6353**<br>**Fargo, ND 58126-6353** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **German American State Bank**<br>**Cardmember Services**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Mastercraft Industries, Inc.**<br>**120 W. Allen**<br>**Rice Lake, WI 54868** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **IL Director of Employment Security**<br>**Collections Section**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Capital One Small Business**<br>**PO Box 70886**<br>**Charlotte, NC 28272-9903** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Exxon Mobil**<br>**PO Box 530964**<br>**Atlanta, GA 30353-0964** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Jim Butler**<br>**1210 Lawn Place**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W. Stover**<br>**Freeport, IL 61032** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |

Sheet   __4__   of   __9__   continuation sheets attached to the Schedule of Codebtors

In re  **Superior Kitchen & Bath, Inc**                                                    ,  Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **Frank Ward**<br>**1402 Woodside Drive**<br>**Freeport, IL 61032** |
| **Joel R Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **James Mitchell**<br>**1571 S. Winnebago Road**<br>**Winnebago, IL 61088** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Steve McWhirter**<br>**1331 S. Benson Boulevard**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **US Bank**<br>**50 W. Douglas St**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Singles**<br>**% Attorney George E. Enstrom**<br>**10 N. Chicago Avenue**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Plager, Krug & Bauer, Ltd.**<br>**PO Box 839**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Carl M. Roderick**<br>**410 Maple**<br>**Lena, IL 61048** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Donald Morgan**<br>**% Attorney Mark Zaleski**<br>**10 N. Galena Avenue - Suite 220**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Stephenson County Check**<br>**  Offender Program**<br>**PO Box 292**<br>**Freeport, IL 61032-0292** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Verizon North**<br>**PO Box 920041**<br>**Dallas, TX 75392-0041** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Caine & Weiner**<br>**1941 Bishop Lane**<br>**Louisville, KY 40218** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Aero Group, Inc.**<br>**216 E. Stephenson Street**<br>**Freeport, IL 61032-4214** |

Sheet __5__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Superior Kitchen & Bath, Inc**                                          ,   Case No. _____

                                                 Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **NiCor Gas**<br>**1844 W. Ferry Road**<br>**Naperville, IL 60563-9662** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Yellow Book USA**<br>**6300 C Street SW**<br>**Cedar Rapids, IA 52404** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Gerali Custom Design, Inc.**<br>**1482 Sheldon Drive**<br>**Elgin, IL 60120** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Randy's Electric**<br>**701 Country Lane**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **ABC Supply**<br>**9203 N. Second Street**<br>**Roscoe, IL 61073** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Ace's Lube**<br>**930 W. Galena Avenue**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Bertch Cabinet Mfg.**<br>**PO Box 2280**<br>**Waterloo, IA 50704** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Carstin Brands, Inc.**<br>**PO Box 285**<br>**Arthur, IL 61911** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **CBK Supply, Inc.**<br>**ATTN:  Alan W. Vierthaler**<br>**PO Box 1037**<br>**Janesville, WI 53547** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Idearc Media Corp.**<br>**PO Box 619810**<br>**Dallas, TX 75261-9810** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Computer Dynamics**<br>**451 W. South Street**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Cascade Industries**<br>**3944 Auburn Street**<br>**Rockford, IL 61101** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Commonwealth Edison**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |

Sheet   **6**   of   **9**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

In re    **Superior Kitchen & Bath, Inc**                                    Case No. _____
                                                                        ,
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Connor Supply Company**<br>**PO Box 5007**<br>**Peoria, IL 61601-5007** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Core Financial Group, Inc.**<br>**3100 Industrial Drive**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Design Build Group**<br>**60 N. Sunset Avenue**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Freeport Water and Sewer**<br>**City Hall Building**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Homecrest Cabinetry**<br>**75 Remittance Drive - Suite 3166**<br>**Chicago, IL 60675-3166** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Insight Media**<br>**3116 North Dries Lane - Suite 100**<br>**Peoria, IL 61604** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Jaeckle Distributors**<br>**4101 Owl Creek Drive**<br>**Madison, WI 53715-4407** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **The Journal Standard**<br>**PO Box 330**<br>**Freeport, IL 61032-0330** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **LDS&S**<br>**PO Box 215**<br>**Sussex, WI 53089** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **MEPCO Finance Corp.**<br>**PO Box 5978**<br>**Carol Stream, IL 60197-5978** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Moring Disposal**<br>**PO Box 158**<br>**Forreston, IL 61030** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Parksite Group**<br>**33170 Treasury Center**<br>**Chicago, IL 60694-3100** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Pierce Laminated Products**<br>**2530 N. Court Street**<br>**Rockford, IL 61103** |

Sheet __7__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Superior Kitchen & Bath, Inc**                                    , Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Freeport Glass**<br>**PO Box 661**<br>**Freeport, IL 61032-0661** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Triangle Counter Tops, Inc.**<br>**PO Box 2417**<br>**Loves Park, IL 61132** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Vendura Industries**<br>**1202 Fermite Drive**<br>**Madison, WI 53716** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Warmly Yours**<br>**2 Corporate Drive - Suite 100**<br>**Lake Zurich, IL 60047-8933** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **TAG-Trade Assoc. Group**<br>**1730 West Wrightwood**<br>**Chicago, IL 60614-1914** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **US Directory**<br>**Directory Billing, LLC**<br>**PO Box 810625**<br>**Boca Raton, FL 33481-0625** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **GermanAmerican State Bank**<br>**100 Church Street**<br>**German Valley, IL 61039** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **US Bank**<br>**50 W. Douglas St**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **First Data**<br>**100 Crescent Court - 7th Floor**<br>**Dallas, TX 75201** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Mastercraft Industries, Inc.**<br>**120 W. Allen**<br>**Rice Lake, WI 54868** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **IL Director of Employment Security**<br>**Collections Section**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |

Sheet __8__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Superior Kitchen & Bath, Inc**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Jim Butler**<br>**1210 Lawn Place**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **Frank Ward**<br>**1402 Woodside Drive**<br>**Freeport, IL 61032** |
| **Kim Ruthe**<br>**1206 W. Stover**<br>**Freeport, IL 61032** | **James Mitchell**<br>**1571 S. Winnebago Road**<br>**Winnebago, IL 61088** |

Sheet __9__ of __9__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Superior Kitchen & Bath, Inc__                                       Case No. _____
                                                    Debtor(s)        Chapter    __7__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __34__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 14, 2008_____        Signature    __/s/ Joel R Ruthe_____
                                                       __Joel R Ruthe__
                                                       __President__

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Superior Kitchen & Bath, Inc** _____   Case No. _____

_____   Chapter   **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$701,296.00** | **2007 Gross Receipts** |
| **$934,420.00** | **2006 Gross Receipts** |
| **$730,827.00** | **2005 Gross Receipts** |

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■ *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Singles v Superior Kitchen & Bath, Inc 2005-LM 170** | **Breach of Contract** | **Stephenson County, IL** | **Pending** |
| **Morgan v Superior Kitchen & Bath et al 07 SC 683** | **Collection** | **Stephenson County, IL** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐     returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pierce Laminate**<br>**N Court St**<br>**Rockford, IL 61103** | **09/2007** | **Displays @ approx $2500** |
| **Vendura Industries**<br>**Fairmont Dr**<br>**Madison, WI** | **09/2007** | **Displays @ approx $1500** |

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■     this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■     and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
      aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■     **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bernard J Natale, Ltd** **6833 Stalter Dr, Suite 201** **Rockford, IL 61108** | **11/2007** | **$2000 including costs** |

### 10. Other transfers

None
☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Kim Boldt** **Freeport, IL 61032** **Office Manager** | **09/2007** | **Desktop computer @ $400 in lieu of final wages** |
| **Dave Edler** **Freeport, IL 61032** **Salesman** | **09/2007** | **Desktop computer @ $400 in lieu of final wages** |

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13.  Setoffs**

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **US Bank**<br>**Douglas St**<br>**Freeport, IL 61032** | **09/2007** | **$1458** |

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **9 W Main St**<br>**Freeport, IL** | | **12/2006 -** |
| **1026 Riverside Blvd**<br>**Freeport, IL** | | **1997 - 12/2006** |

**16.  Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Superior Kitchen & Bath, Inc** | 0384 | **9 W Main St Freeport, IL 61032** | **Kitchen & Bath Sales** | **1991 - 10/2007** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **DBS Accounting 3424A N Main St Rockford, IL 61103** | **1991 -** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Pekin Insurance** | | **Annual workman's comp audit** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Joel Ruthe** | **1263 W Stover St**<br>**Freeport, IL 61032** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Joel Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032** | **President** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joel Ruthe**<br>**1263 W Stover St**<br>**Freeport, IL 61032**<br>    **President** | **2007 YTD - administrative wages** | **$22,800** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **January 14, 2008**                          Signature    **/s/ Joel R Ruthe**
                                                                    **Joel R Ruthe**
                                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Superior Kitchen & Bath, Inc**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,701.00** |
| Prior to the filing of this statement I have received | $ | **1,701.00** |
| Balance Due | $ | **0.00** |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■    Debtor        ☐    Other (specify):

4.   The source of compensation to be paid to me is:

   ■    Debtor        ☐    Other (specify):

5.   ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 14, 2008**

**/s/ Bernard J. Natale**
**Bernard J. Natale 2018683**
**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700   Fax: (815) 227-5532**
**natalelaw@bjnatalelaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Superior Kitchen & Bath, Inc**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **77**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 14, 2008**

**/s/ Joel R Ruthe**

**Joel R Ruthe/President**
Signer/Title

ABC Supply
9203 N. Second Street
Roscoe, IL 61073

.

Capital One Small Business
PO Box 70066
Charlotte, NC 28272-9903

Connor Co.
1028 Highway 26 North
Freeport, IL 61032

Ace's Lube
930 W. Galena Avenue
Freeport, IL 61032

Carl M. Roderick
410 Maple
Lena, IL 61048

Connor Supply Company
PO Box 5007
Peoria, IL 61601-5007

Advanta Bank Corp.
PO Box 30715
Salt Lake City, UT 84130-0715

Carstin Brands, Inc.
PO Box 285
Arthur, IL 61911

Core Financial Group, Inc.
3100 Industrial Drive
Freeport, IL 61032

Aero Group, Inc.
216 E. Stephenson Street
Freeport, IL 61032-4214

Cascade Industries
3944 Auburn Street
Rockford, IL 61101

Curt's Country Copiers, Inc.
PO Box 128
Mc Connell, IL 61050

Amcore Bank
PO Box 407066
Fort Lauderdale, FL 33340-7066

CBK Supply, Inc.
ATTN:  Alan W. Vierthaler
PO Box 1037
Janesville, WI 53547

Design Build Group
60 N. Sunset Avenue
Freeport, IL 61032

Attorney David F. Black
600 South State Street
Suite 200
Belvidere, IL 61008

Chase Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Donald Morgan
% Attorney Mark Zaleski
10 N. Galena Avenue - Suite 220
Freeport, IL 61032

Bertch Cabinet Mfg.
PO Box 2280
Waterloo, IA 50704

Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

Exxon Mobil
PO Box 530964
Atlanta, GA 30353-0964

Burt & Associates
5204 Tennyson Parkway
Suite 300
Plano, TX 75024

CitiBusiness Platinum Select
PO Bpx 44180
Greenville, FL 32331-4180

First Data
100 Crescent Court - 7th Floor
Dallas, TX 75201

Caine & Weiner
1941 Bishop Lane
Louisville, KY 40218

Commonwealth Edison
2100 Swift Drive
Oak Brook, IL 60523

Frank A. Ward
1402 Woodside Drive
Freeport, IL 61032

Capital One Bank
% TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Computer Dynamics
451 W. South Street
Freeport, IL 61032

Frank Ward
1402 Woodside Drive
Freeport, IL 61032

Freeport Glass
PO Box 661
Freeport, IL 61032-0661

IL Dept. of Revenue
2 H. S. Wyman
Rockford, IL 61101

Joel R Ruthe
1263 W Stover St
Freeport, IL 61032

Freeport Water and Sewer
City Hall Building
Freeport, IL 61032

IL Director of Employment Security
Collections Section
PO Box 802551
Chicago, IL 60680-2551

Joel R Ruthe
1263 W. Stover
Freeport, IL 61032

General Auditing Bureau
PO Box 9658
Minneapolis, MN 55440-9658

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Kim Ruthe
1206 W. Stover
Freeport, IL 61032

General Casualty Insurance
PO Box 3109
Milwaukee, WI 53201-3109

Insight Media
3116 North Dries Lane - Suite 100
Peoria, IL 61604

LDS&S
PO Box 215
Sussex, WI 53089

Gerali Custom Design, Inc.
1482 Sheldon Drive
Elgin, IL 60120

Internal Revenue Service
Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114

Mastercraft Industries, Inc.
120 W. Allen
Rice Lake, WI 54868

German American State Bank
Cardmember Services
PO Box 6353
Fargo, ND 58125-6353

Internal Revenue Service
211 S. Court Street
Rockford, IL 61101

MEPCO Finance Corp.
PO Box 5978
Carol Stream, IL 60197-5978

GermanAmerican State Bank
100 Church Street
German Valley, IL 61039

Jaeckle Distributors
4101 Owl Creek Drive
Madison, WI 53715-4407

Moring Disposal
PO Box 158
Forreston, IL 61030

Homecrest Cabinetry
75 Remittance Drive - Suite 3166
Chicago, IL 60675-3166

James H. Mitchell
1571 S. Winnebago Road
Winnebago, IL 61088

NiCor Gas
1844 W. Ferry Road
Naperville, IL 60563-9662

Homecrest Corporation
General Auditing Bureau
PO Box  595
Goshen, IN 46527

James Mitchell
1571 S. Winnebago Road
Winnebago, IL 61088

Parksite Group
33170 Treasury Center
Chicago, IL 60694-3100

Idearc Media Corp.
PO Box 619810
Dallas, TX 75261-9810

Jim Butler
1210 Lawn Place
Freeport, IL 61032

Pierce Laminated Products
2530 N. Court Street
Rockford, IL 61103

Plager, Krug & Bauer, Ltd.
PO Box 839
Freeport, IL 61032

US Bank
50 W. Douglas St
Freeport, IL 61032

Randy's Electric
701 Country Lane
Freeport, IL 61032

US Bank Cardmember Services
PO Box 6353
Fargo, ND 58126-6353

Receivables Conrol Corporation
PO Box 9658
Minneapolis, MN 55440-9658

US Directory
Directory Billing, LLC
PO Box 810625
Boca Raton, FL 33481-0625

Scott and Goldman
50- Crossvile Road - Suite 104
Roswell, GA 30075

Vendura Industries
1202 Fermite Drive
Madison, WI 53716

Singles
% Attorney George E. Enstrom
10 N. Chicago Avenue
Freeport, IL 61032

Verizon North
PO Box 920041
Dallas, TX 75392-0041

Stephenson County Check
   Offender Program
PO Box 292
Freeport, IL 61032-0292

Warmly Yours
2 Corporate Drive - Suite 100
Lake Zurich, IL 60047-8933

Steve McWhirter
1331 S. Benson Boulevard
Freeport, IL 61032

Yellow Book USA
6300 C Street SW
Cedar Rapids, IA 52404

TAG-Trade Assoc. Group
1730 West Wrightwood
Chicago, IL 60614-1914

The Journal Standard
PO Box 330
Freeport, IL 61032-0330

Triangle Counter Tops, Inc.
PO Box 2417
Loves Park, IL 61132

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Superior Kitchen & Bath, Inc**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Superior Kitchen & Bath, Inc**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

**January 14, 2008**

Date

**/s/ Bernard J. Natale**

**Bernard J. Natale 2018683**

Signature of Attorney or Litigant

Counsel for  **Superior Kitchen & Bath, Inc**

**Bernard J. Natale, Ltd**

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700 Fax:(815) 227-5532**
**natalelaw@bjnatalelaw.com**